Exhibit 1 to Plaintiff's First Amended Complaint

| Date | Time | From | Message |
| --- | --- | --- | --- |
| 11/05/11 | 4:11 PM | Phillips | Bama |
| 11/05/11 | 4:11 PM | Coke | Reply with your DOB (MMDDYYYY) to enter the contest for an Autographed Football & to join the Coke Zero mobile list. Up to 10 msgs. Msg&data rates apply |
| 11/05/11 | 4:11 PM | Coke | Coke Zero: Thanks for your vote. Keep voting for your favorite team to make sure they win! |
| 11/05/11 | 4:11 PM | Phillips | Bama |
| 11/05/11 | 4:11 PM | Coke | Reply with your DOB (MMDDYYYY) to enter the contest for an Autographed Football & to join the Coke Zero mobile list. Up to 10 msgs. Msg&data rates apply |
| 11/05/11 | 4:11 PM | Coke | Coke Zero: Thanks for your vote. Keep voting for your favorite team to make sure they win! |
| 11/05/11 | 4:11 PM | Phillips | Bama |
| 11/05/11 | 4:11 PM | Coke | Coke Zero: Thanks for your vote. Keep voting for your favorite team to make sure they win! |
| 11/05/11 | 4:11 PM | Coke | Reply with your DOB (MMDDYYYY) to enter the contest for an Autographed Football & to join the Coke Zero mobile list. Up to 10 msgs. Msg&data rates apply |

Exhibit 1 to Plaintiff's First Amended Complaint

| | | | |
|---|---|---|---|
| 11/05/11 | 4:12 PM | Phillips | 11051970 |
| 11/05/11 | 4:12 PM | Coke | You've joined the Coke Zero mobile list. Up to 10 msgs. Reply STOP to cancel, Reply Help for help. Msg&data rates may apply. |
| 11/05/11 | 4:12 PM | Coke | Coke Zero: Thanks for entering the contest. We'll notify you soon if you win. For full rules visit the Coke Zero table near Gate 14. |
| 12/05/11 | 1:07 PM | Coke | Your subscription to receive alerts from Coke Zero has been renewed. 8 msg/month. Reply HELP for help or STOP to cancel. Msg&data rates apply. |
| 12/05/11 | 1:08 PM | Phillips | STOP |
| 12/05/11 | 1:08 PM | Coke | Mozes: You left all lists and will no longer receive text msgs. Reply HELP 4 help. Mozes.com 4 more. Msg&Data rates apply - via Mozes |