FILED
2016 Mar-31 PM 05:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WESLEY PHILLIPS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:12-cv-04033-JEO |
| MOZES, INC.; THE COCA-COLA COMPANY; and EPRIZE, INC., | ) |
| Defendants. | ) |

## DEFENDANTS MOZES, INC., THE COCA-COLA COMPANY, AND EPRIZE INC.'S
## MOTION FOR SUMMARY JUDGMENT

Robert J. Campbell
BRADLEY ARANT BOULT
CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
(205) 521-8975

*Attorneys for defendant Mozes, Inc.*

James S. Witcher III
HAND ARENDALL LLC
1200 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 502-0113

*Attorneys for defendant ePrize, Inc.*

Harlan I. Prater, IV
Wesley B. Gilchrist
Brooke G. Malcom
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200
(205) 581-0720

*Attorneys for defendant
The Coca-Cola Company*

## **MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Mozes, Inc. (now known as Gerzhom, Inc.), The Coca-Cola Company, and ePrize, Inc. (now known as HelloWorld, Inc.) (collectively, "Defendants") move the Court for summary judgment in their favor as to all of Plaintiff's claims against them. Upon consideration of the applicable law and facts in this case, there is no genuine dispute as to any material fact and Defendants are entitled to judgment as a matter of law. Defendants' Motion for Summary Judgment is based upon their Brief in Support of their Motion for Summary Judgment and their Evidentiary Submission, which are being filed contemporaneously herewith.

Respectfully submitted, this 31st day of March, 2016.

/s/ Robert J. Campbell
Robert J. Campbell
BRADLEY ARANT BOULT
CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
(205) 521-8975
(205) 521-6975 (facsimile)

/s/ Harlan I. Prater, IV
Harlan I. Prater, IV
Wesley B. Gilchrist
Brooke G. Malcom
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200
(205) 581-0720
(205) 380-9120 (facsimile)

Blaine Kimrey (*pro hac vice*)  
Bryan Clark (*pro hac vice*)  
VEDDER PRICE PC  
222 N. LaSalle Street  
Chicago, Illinois 60601  
(312) 609-7865  
(312) 609-5005 (facsimile)  

*Attorneys for Defendant Mozes, Inc.*

L. Joseph Loveland (*pro hac vice*)  
S. Stewart Haskins (*pro hac vice*)  
Zachary A. McEntyre (*pro hac vice*)  
KING & SPALDING LLP  
1180 Peachtree Street, NE  
Atlanta, Georgia 30309  
(404) 572-4600  
(404) 572-5139 (facsimile)  

*Attorneys for Defendant*  
*The Coca-Cola Company*

/s/ James S. Witcher III  
James S. Witcher III  
HAND ARENDALL LLC  
1200 Park Place Tower  
2001 Park Place North  
Birmingham, AL 35203  
(205) 502-0113  
(205) 397-1314 (facsimile)  

Henry Pietrkowski (*pro hac vice*)  
REED SMITH LLP  
10 S. Wacker Dr., 40th Floor  
Chicago, IL 60606  
(312) 207-3904  
(312) 207-6400 (facsimile)  

*Attorneys for Defendant ePrize, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2016, I electronically filed the foregoing **DEFENDANTS MOZES, INC. AND THE COCA-COLA COMPANY'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to the following counsel of record:

>David L. Selby, II
>John W. Barrett
>Jonathan R. Marshall
>BAILEY & GLASSER, LLP
>One Chase Corporate Center, Suite 400
>Birmingham, Alabama 35244
>
>Ronald A. Marron (*pro hac vice*)
>Alexis M. Wood (*pro hac vice*)
>LAW OFFICES OF RONALD A MARRON
>651 Arroyo Drive
>San Diego, CA 92103
>619-696-9006

>*/s/ Harlan I. Prater, IV*
>OF COUNSEL