FILED
2016 Mar-31 PM 07:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WESLEY PHILLIPS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:12-cv-04033-JEO |
| **MOZES, INC., THE COCA-COLA COMPANY; and EPRIZE, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## TABLE OF CONTENTS OF EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Mozes, Inc., (Gerzhom, Inc.) ("Mozes"), The Coca-Cola Company ("Coca-Cola") and ePrize, Inc.'s ("ePrize") (collectively, "Defendants") submit this Evidentiary Submission in support of their Motion for Summary Judgment:

Exhibit/Document Title

1. Deposition of Dorrian Porter.

2. Deposition of Kelly Lyemance.

3. Coca-Cola's Responses to Plaintiff's Interrogatories, Set One.

4. Defendant Gerzhom Inc.'s Answers to Plaintiff's Interrogatories to Defendant Mozes, Inc., Set One.

1

DMSLIBRARY01\28664454.v2

5. Declaration of Jake Wright.

6. Declaration of Anthony Bartish.

7. Deposition of Wesley Phillips.

8. Bryant-Denny Stadium (Phillips Dep., Exh. 5).

9. Plaintiff's Video of Game (Phillips Dep., Exh. 8).

10. Photograph of Jumbotron Screen for Tug-of-War contest (Porter Dep., Exh. 30; Lyemance Dep., Exh. 30).

11. Script for In-game Announcement (Lyemance Dep., Exh. 22; Porter Dep., Exh. 22).

12. Chart of Alleged Text Messages Submitted with First Amended Complaint (Philips Dep., Exh. 4).

13. Chart of Alleged Text Messages Created by Plaintiff's Attorneys (Philips Dep., Exh. 10).

14. Declaration of Kenneth Sponsler (Def.'s Exhibit A to Exhibit 14, Declaration of Jason Tokoph; Def.'s Exhibit B to Exhibit 14, Declaration of Dorrian Porter).

15. Text Message Transmissions from Defendants (Porter Dep., Exh. 25).

16. Declaration of Randall A. Snyder.

17. Deposition of Randall A. Snyder.

2

18. Plaintiff's Sprint Invoice (Philips Dep., Exh. 1).

19. Plaintiff's Demand Letter (Porter Dep., Exh. 26).

20. Letter from David L. Selby to Wesley B. Gilchrist.

21. Email from Sprint to Mr. Phillips.

22. Defendant ePrize's Answers and Objections to Plaintiff's Interrogatories.

This the 31st day of March, 2016.

| | |
|---|---|
| /s/ Robert J. Campbell | /s/ Harlan I. Prater, IV |
| Robert J. Campbell | Harlan I. Prater, IV |
| BRADLEY ARANT BOULT CUMMINGS LLP | LIGHTFOOT FRANKLIN & WHITE LLC |
| One Federal Place | The Clark Building |
| 1819 Fifth Avenue North | 400 20th Street North |
| Birmingham, Alabama 35203-2104 | Birmingham, Alabama 35203-3200 |
| (205) 521-8975 | (205) 581-0720 |
| (205) 521-6975 (facsimile) | (205) 380-9120 (facsimile) |
| | |
| | L. Joseph Loveland (*pro hac vice*) |
| Blaine Kimrey (*pro hac vice*) | S. Stewart Haskins (*pro hac vice*) |
| Bryan Clark (*pro hac vice*) | Zachary A. McEntyre (*pro hac vice*) |
| LATHROP & GAGE LLP | KING & SPALDING LLP |
| 155 North Wacker Drive, Suite 3050 | 1180 Peachtree Street, NE |
| Chicago, Illinois 60606-1787 | Atlanta, Georgia 30309 |
| (312) 920.3302 | (404) 572-4600 |
| (312) 920.3301 (facsimile) | (404) 572-5139 (facsimile) |
| | |
| *Attorneys for Defendant Mozes, Inc.* | *Attorneys for Defendant The Coca-Cola Company* |

/s/ James S. Witcher III
James S. Witcher III
HAND ARENDALL LLC
1200 Park Place Tower
2001 Park Place North
Birmingham, AL 35203
(205) 502-0113
(205) 397-1314 (facsimile)
Jwitcher@handarendall.com

Henry Pietrkowski (*pro hac vice*)
REED SMITH LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
(312) 207-3904
(312) 207-6400 (facsimile)
hpietrkowski@reedsmith.com

*Attorneys for Defendant ePrize, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2016, I electronically filed the foregoing **DEFENDANTS MOZES, INC. AND THE COCA-COLA COMPANY'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to the following counsel of record:

/s/ Harlan I. Prater, IV
OF COUNSEL