# EXHIBIT 18

 **Sprint**

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Wesley Phillips |  | Oct 09 - Nov 08 | Nov 12, 2011 |

# Hello!



Sprint is making changes to its policies. Please see the "Sprint News and Notices" box on page 2, the back of this page, for details.

**(205) 337-6148**

| | |
|---|---:|
| Previous Balance................................................................ | $398.16 |
| Payment on Nov 02............................................................ | -$200.00 |
| New Charges....................................................... | $199.63 |

### Total Due  $397.79

**You can contact Sprint Customer Service**

On the Web:
www.sprint.com

By Phone:
1-888-211-4727

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

 **Sprint**

#BWNKCTX
#0000
MANIFESTLINE------------------

WESLEY PHILLIPS
PO BOX 1612
GARDENDALE, AL 35071-1612

**Amount due**  **$397.79**

**Amount Enclosed**  $

F303485243431F

PO BOX 105243
ATLANTA, GA 30348-5243

F55555444422CF


DEFENDANT'S EXHIBIT
Phillips
PENGAD 800-631-6989

00000019963  000000198160  000000397794

Phillips000004

 **Sprint**

| | Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|---|
| | Wesley Phillips | ██████ | Oct 09 - Nov 08 | Nov 12, 2011 |



## Charges

### Single Plan

**(205) 337-6148**

| | |
|---|---|
| Simply Everything Plan - Unlimited Anytime Minutes Included.................... | $0.00 |
| Simply Everything - Monthly Charge................................................ | $99.99 |
| Premium Data add-on charge........................................................ | $10.00 |
| Total Equipment Protection - $4 insurance premium & $4 service/repair...... | $8.00 |
| | $117.99 |

## Charges

### Single Plan

██████████████████

| | |
|---|---|
| Connection Card - Data Plan......................................................... | $59.99 |
| Total Equipment Protection - $4 insurance premium & $4 service/repair...... | $8.00 |
| | $67.99 |

| | |
|---|---|
| Late Payment................................................................ | $1.35 |
| Sprint Surcharges.......................................................... | $6.42 |
| Government Taxes & Fees................................................. | $5.88 |

| **Total** | **$199.63** |
|---|---|

## Usage Summary

### Single Plan - Simply Everything Plan

**(205) 337-6148**

| | Included | Used | Additional Charges |
|---|---|---|---|
| Anytime Minutes | Unlimited | 1,957 | -- |
| Text | Unlimited | 1,049 | -- |
| Picture Mail | Unlimited | 54 | -- |
| Sprint 3G Data | Unlimited | 483,147 | -- |
| Sprint 3G Data Roaming | Unlimited | 508 | -- |
| Premium Services | 0 | 2 | -- |

Phillips000005