FILED
2016 Jun-17  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**Randall A. Snyder**
**Curriculum Vitae**

## Professional Summary

Randall Snyder is a recognized expert in wireless and cellular telecommunications technology, executive manager and leader, designing, developing, marketing and managing mobile telecommunication system and software products. He has over 30 years of experience specializing in wireless telecommunications technology, network architecture, design, system engineering, marketing and product management. He is a reputable leader and strategic developer with a successful background building startups. He is skilled presenter, communicator, and educator with success impacting organizational performance, corporate reputation and increasing sales. Mr. Snyder is results-oriented, highly organized and creatively focused on adhering to organizational missions and philosophy while designing best-of-breed mobile technology solutions. He has extensive travel experience to Asia-Pac, Latin America and Europe supporting engineering, sales and marketing and has familiarity with wireless network operators and manufacturers worldwide. Mr. Snyder has several years of wireless technology standards development experience and has been issued 26 patents related to wireless telecommunications technology. Mr. Snyder has also been retained as an expert witness in over 100 legal cases involving wireless telecommunications technology.

## Expertise

- Business Relations: Seminars, Sales Presentations and Sales Engineering

- Legal: Provisional and Patent Applications, Subject Matter Expert Consultant, Expert Witness and Testimony, Litigation Support, Sales and Vendor Contract Negotiations and Review, Qualified as an Expert in Federal District Court

- Management: Strategic/Tactical Planning, Product Management, Marketing Management, Operations Management, Competitive Analysis, Problem Resolution, Project Planning, Risk Management

- Organizational: P&L Management, Budget Planning, Expense Reduction and Cost Control

- Technology: Wireless Network Engineering, Design and Architecture, Multimedia Systems, Mobile Internet, Mobile Video, Mobile Marketing, mCommerce and Mobile Payments, Mobile Telecommunications Standards, 3G, UMTS, LTE, LBS, SMS, MMS, WAP, GSM, and ANSI-41 (CDMA) Networking, Signaling System No. 7 (SS7), Communications Protocols, Telephone Consumer Protection Act (TCPA), Automatic Telephone Dialing Systems (ATDS)

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1984 | Franklin and Marshall College | B.A., Mathematics (minor in Astronomy) |

| Randall A. Snyder |
| Curriculum Vitae |

## Professional Experience

| | |
|---|---|
| From: | January 2007 |
| To: | Present |
| Organization: | Wireless Research Services, LLC; Las Vegas, NV |
| Title: | President and Founder |
| Summary: | Responsible for consulting business, and revenue as well as being the principal consultant. Areas of subject matter expertise include mobile and cellular networking, 3G, LTE, UMTS, GSM, ANSI-41, LBS, SMS, MMS, WAP, SS7, Diameter Signaling, Automatic Telephone Dialing Systems (ATDS) and mobile multimedia systems. With this expertise, primary consulting is in the area of system and product architecture, design, development, management and marketing as well as patent preparation and development, expert reports, expert testimony and litigation support. Expert witness and technology consultant for over 100 legal cases; authored over 85 expert reports for intellectual property cases, Telephone Consumer Protection Act (TCPA) cases and wireless technology litigation cases. |

Notable Case:

• Personally cited by United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

  Result of expert opinion greatly expanded the TCPA and was followed by formal FCC Declaratory Rulings citing this case that text messages are calls as defined by the TCPA and dialing numbers from a stored electronic list of telephone numbers falls within the definition of an Automatic Telephone Dialing System (ATDS).

| | |
|---|---|
| From: | September 2007 |
| To: | August 2010 |
| Organization: | Finsphere Corporation; Bellevue, WA |
| Title: | Vice President Product Management & Wireless Engineering |
| Summary: | Was among the first handful of employees at Finsphere prior to Series A funding. As vice president of product management and wireless engineering and a member of the executive management team, was responsible for product management activities and wireless technology solutions for Finsphere's products. These products encompassed mobile location based software-as-a-service (SaaS) products offered primarily to financial institutions and banks. Responsibilities included product requirements and system functionality, strategic planning, R&D of new technologies, wireless network interconnectivity as well as wireless technology for Finsphere's products. Was also responsible for market strategies, white papers and development and management of intellectual property and patent applications. |

**Randall A. Snyder**
**Curriculum Vitae**

From:          May 2004
To:            April 2007
Organization:  Entriq, Inc.; Carlsbad, CA
Title:         Vice President Product Management
Summary:       Was responsible for the entire product management team and system architecture for
               Entriq's products and services. Products encompassed mobile and broadband pay
               media applications (specializing in video), digital rights management (DRM) and
               security solutions, e-commerce and m-commerce systems as well as ad management
               and delivery solutions for both broadband and mobile media services. Responsibilities
               also included network and protocol analysis, market analysis, evaluation of third-party
               software and services, all vendor contract negotiations, RFP responses and overall
               administrative responsibility for the entire product line. Was responsible for directing
               and managing the technical writing department producing all user documentation
               associated with the products. Was nominated for a National Television Arts and
               Sciences Emmy Award for Outstanding Achievement in Advanced Media Technology
               for unique mobile technology designed, developed and commercially deployed as part
               of Entriq's solution.


From:          February 2002
To:            November 2003
Organization:  m-Qube, Inc. (acquired by Verisign); Boston, MA
Title:         Vice President Product Management and Carrier Marketing and Founder
Summary:       Was responsible for the entire product management and carrier marketing teams,
               member of the executive management team and one of the founders. Was responsible
               for all product management, system engineering and product strategy for all business
               conducted with the wireless industry and carriers. Was in charge of the market strategy
               and wireless network architecture for m-Qube's mobile marketing service, a value-
               added service offering mobile marketing solutions to wireless carriers using short
               message services (SMS) for GSM and CDMA networks. The service architecture
               enabled branded companies to deploy promotional marketing and messaging campaign
               dialogs with mobile subscribers via SMS. The network architecture required definition
               and design of all aspects of the overall network including SMS technology,
               interconnectivity to the wireless carriers, signaling, traffic management, market
               requirements for features and services, network equipment specifications and OA&M.


From:          April 2001
To:            February 2002
Organization:  Bitfone Corporation; Mountain View, CA
Title:         Vice President Product Management and Marketing
Summary:       Was responsible for the entire product management team and all of the company's
               product definitions, strategies and positioning. Had direct responsibility for market
               and product requirements, market research, competitive analysis, product strategy and
               sales strategy. Bitfone's products included the iBroker, a mobile Internet technology
               infrastructure platform to enhance WAP, MMS, mobile e-mail and wireless

Randall A. Snyder
Curriculum Vitae

messaging. Was also responsible for the mProve product (obtained via merger with Digital Transit, Inc.) providing over-the-air firmware and software update technology to mobile devices.


From:          November 2000
To:            April 2001
Organization:  Openwave Systems (via merger of Phone.com and Software.com); Redwood City, CA
Title:         Executive Director Emerging Technologies
Summary:       Was responsible for new 3G technologies and providing market and product plans for those technologies for the entire product line. Primary responsibility for the 3GPP Multimedia Messaging Service (MMS), collecting market requirements from customers, developing corporate strategy for MMS and preparing the organization for additional development of the product. In addition, taught wireless technology classes to the different departments at Openwave and educated them on wireless service provider strategies and network technologies.


From:          March 2000
To:            November 2000
Organization:  @Mobile and Software.com (via acquisition); Santa Barbara, CA
Title:         Director Wireless Product Management
Summary:       Was responsible for the product managers and for all of the wireless internet infrastructure products. Responsibilities included the overall market and product strategy for Software.com's wireless e-mail, short message service, instant messaging and unified messaging products. Was responsible for the overall revenues generated from these products based on detailed product plans and internal organizational planning. Much of his time was spent working with the executive management team and the sales directors on corporate market strategy.


From:          December 1999
To:            March 2000
Organization:  FreeSpace Communications, Inc.; Palo Alto, CA
Title:         Consulting Network Systems Engineer
Summary:       Was responsible for the complete design of the backbone network architecture for a new broadband fixed wireless data network. This new architecture incorporated DSL as the backbone network technology. The network architecture required definition and design of all aspects of the overall network plan including DSL technology, IP technology, ATM technology, interconnectivity to the PSTN, operations signaling, traffic engineering, market requirements for network features and services, network equipment specifications and OA&M.


From:          April 1992
To:            December 1999
Organization:  Synacom Technology, Inc.; San Jose, CA

<div align="center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Title: Executive Director Product Marketing and Management
Summary:

1998 – 1999     Executive Director Product Marketing and Management

- Responsible for managing the entire product management and marketing department of Synacom Technology, including market research and planning, product management and market communications. Lead the entire design, definition and product direction of all aspects of Synacom's products.

1997 – 1998     Director Systems Engineering

- Responsible for coordinating and managing the overall functional and requirements specifications for all Synacom's products as well as the detailed test plans used for alpha system testing of those products. Also responsible for directing and managing the technical writing department producing all of the user documentation associated with all of the products. Provided the primary sales engineering support for sales and marketing and was involved in nearly every aspect of the product lifecycle.

1996 – 1997     Director Consulting Services and Principal Engineer

- Responsible for obtaining, coordinating and managing all technical consulting projects performed by the company. These projects included wireless network architecture and design for both IS-41 and GSM networks for dozens of client companies (carriers and equipment manufacturers). In this role, continued as a member of both the ANSI/TIA TR45.2 Subcommittee for cellular radio intersystem operations standards and the ANSI/TIA TR46 Committee for 1900 MHz GSM PCS standards. Major contributor to TR46 in the area of GSM-to-IS-41 network interworking. Also authored, edited and published TIA standard specification IS-93 for cellular network interconnections to the PSTN and ISDN.

1992 – 1996     Principal Engineer

- Consulted for McCaw Cellular, AT&T Wireless, AirTouch Cellular, AirTouch Satellite Services, Globalstar, Nokia, MCI, Sprint PCS, XYPoint, NextWave, NewNet American Personal Communications, CTIA and several other national and international wireless telecommunications companies.

- Wrote wireless network design and analysis papers including HLR specifications, Authentication Center specifications, PCS network design, short message service (SMS) design, intelligent network applications of wireless technology and in-house expert in signaling protocols. Extensive experience with Signaling System No. 7, including both protocol implementation and design. Authored the Standard Requirements Document for the SS7-based A-interface between the base station and MSC used throughout the TIA. Also involved in the design of the Bellcore WACS/PACS technology, digital cellular network service and feature descriptions, SCPs and HLRs. Extensive experience developing the architecture and design of distributed intelligent networks including, SS7, cellular, PCS, AIN and WIN networks. Key member of the original Cellular Digital Packet Data (CDPD) architecture and design team. Designed the CDPD air interface protocol emulator

**Randall A. Snyder**
**Curriculum Vitae**

developed and marketed by AirLink Communications, Inc.

From:           December 1990
To:             April 1992
Organization:   AT&T Bell Laboratories; Whippany, NJ
Title:          Consulting Member of the Technical Staff
Summary:        Evaluated wireless technology services for the Wireless Systems Architecture group.
                Also participated as a system engineer on the design of the Global System for Mobile
                (GSM) communication architecture and a software engineer developing the base
                station controller (BSC) for GSM. Also responsible for planning, coordinating,
                designing and testing the SS7 protocol software for the GSM A-interface between the
                BSC, MSC and operations and maintenance center (OMC). High-level and detailed
                design specifications were developed to coordinate the protocol testing between two
                remote laboratories. Provided the traffic analysis and traffic engineering of call traffic
                for the BSC. Specifically designed and developed the dynamic traffic overload control
                subsystem for the BSC. Presentations were given to technical staffs at multiple Bell
                Laboratories facilities supporting this work.

From:           May 1987
To:             December 1990
Organization:   DGM&S, Inc.; Mt. Laurel, NJ
Title:          Senior Staff Consultant
Summary:        Responsible for the design, development and test coordination of an advanced
                intelligent network applications platform for a service control point (SCP). Also spent
                several years as a consulting software engineer for Siemens AG, developing and
                testing SS7 and call control software for the EWSD digital switching system for
                international as well as U.S. national network implementations. This work involved
                extensive travel to both Frankfurt and Munich, Germany for software system design
                and testing. Also involved in the concept, design and technical marketing of
                proprietary enabling technology software products for SS7 and ISDN.

From:           May 1986
To:             May 1987
Organization:   ADP, Inc.; Mt. Laurel, NJ
Title:          Senior Software Engineer and Analyst
Summary:        Responsible for the design and development of data communications and real time
                database application software for a host data center that provided real time financial
                information to large brokerage houses. Data communication protocol expertise in
                HDLC, RS-232 and IBM BiSync.

┌─────────────────────────────────┐
│   **Randall A. Snyder**          │
│   **Curriculum Vitae**           │
└─────────────────────────────────┘

From:          June 1984
To:            May 1986
Organization:  C3, Inc.; Cape May, NJ
Title:         Consulting Systems Analyst and Software Engineer
Summary:       Civilian consulting systems analyst and engineer to the U.S. Coast Guard Electronics
               Engineering Center (EECEN) for C3, Inc. Developed sophisticated database software
               for shipboard use including inventory and law enforcement applications. The work
               included the follow-through of the entire project lifecycle including writing of
               requirements, functional, design and program specifications, coding, debugging, alpha
               and beta testing, release, shipboard installation and continuing technical support of the
               product. Received a personal commendation from Admiral W.F. Merlin, Chief, Office
               of Command, Control and Communications, for successful efforts on these projects.

## Professional Affiliations, Achievements & Awards

- Personal commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)
- Nominated, Technology and Engineering Emmy Award for Outstanding Achievement in Advanced Media Technology, 2006

## Patents, Publications & Citations

### Issued Patents

| Patent | Date | Description |
|---|---|---|
| US 8,954,102 | 2/10/2015 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| US 8,938,215 | 1/20/2015 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,923,902 | 12/30/2014 | Mobile Messaging Short Code Translation and Routing System and Method |
| US 8,839,394 | 9/16/2014 | Systems and Methods for Authenticating a User of a Computer Application, Network, or Device Using a Wireless Device |
| US 8,831,564 | 9/9/2014 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,819,141 | 8/26/2014 | Centralized Mobile and Wireless Messaging Opt-out Registry System and Method |
| US 8,761,732 | 6/24/2014 | System and Method to Initiate a Mobile Data Communication |

**Randall A. Snyder**
**Curriculum Vitae**

| | | |
|---|---|---|
| | | Utilizing a Trigger System |
| US 8,670,753 | 3/11/2014 | System and Method for Determining and Delivering Appropriate Multimedia Content to Data Communication Devices |
| Israel 200949 | 1/10/2014 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| Mexico 308720 B | 12/4/2013 | Sistema y Metodo para el Analisis Automatizado que Compara una Ubicacion del Dispositivo Inalambrico con Otra Ubicacion Grafica |
| US 8,588,748 | 11/19/2013 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| US 8,437,784 | 5/7/2013 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,374,634 | 2/12/2013 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,280,348 | 10/2/2012 | System and Method for Mobile Identity Protection Using Mobile Device Signaling Network Derived Location Pattern Recognition |
| US 8,155,677 | 4/10/2012 | Mobile Messaging Short Code Translation and Routing System and Method |
| New Zealand 580499 | 8/31/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 8,131,262 | 3/6/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 8,116,731 | 2/14/2012 | System and Method for Mobile Identity Protection of a User of Multiple Computer Applications, Networks or Devices |
| Australia 2008/115299 | 2/9/2012 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| S. Africa 2009/06947 | 1/26/2011 | System and Method for Automated Analysis Comparing a Wireless Device Location with Another Geographic Location |
| US 7,792,518 | 9/7/2010 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 7,403,788 | 7/22/2008 | System and Method to Initiate a Mobile Data Communication Utilizing a Trigger System |
| US 6,128,389 | 10/3/2000 | Authentication Key Management System and Method |
| US 5,970,144 | 10/19/1999 | Secure Authentication-Key Management System and Method for Mobile Communications |
| US 5,850,445 | 12/15/1998 | Authentication Key Management System and Method |
| US 5,799,084 | 8/25/1998 | System and Method for Authenticating Cellular Telephonic Communication |

## Publications

1. <u>What Workers Want from Wireless</u> by Randall A. Snyder; April 15, 2004. America's Network, Advanstar Communications, Santa Ana, California USA.

2. Snyder, Randall A. and Gallagher, Michael D. <u>Wireless Telecommunications Networking with ANSI-41 Second Edition</u>; McGraw-Hill, New York, NY USA; © Copyright 2001 Randall A. Snyder and

┌─────────────────────────────┐
│     **Randall A. Snyder**    │
│      **Curriculum Vitae**    │
└─────────────────────────────┘

Michael D. Gallagher. *Foreword by Tom Wheeler, current Chairman, Federal Communications Commission.*

3.  Forecasting SS7 Traffic by Randall A. Snyder; November 1, 2000. Wireless Review, Volume 17, Number 21, Intertec Publishing, Overland Park, KS USA.

4.  Gallagher, Michael D. and Snyder, Randall A. Mobile Telecommunications Networking with IS-41; McGraw-Hill, New York, NY USA; © Copyright 1997 Michael D. Gallagher and Randall A. Snyder.

5.  IS-41/GSM Interoperability by Randy Snyder; December, 1995, Cellular Networking Perspectives, Cellular Networking Perspectives, LTD, Calgary, Alberta, Canada.

## Citations

1.  Commendation from Admiral W.F. Merlin, Chief, Office of Command, Control and Communications, USCG (1986)

2.  Method and Apparatus for Routing Short Messages, US Patent #6308075, Issued October 23, 2001.

3.  Mediation Software for Delivery of Interactive Mobile Messaging and Personalized Content to Mobile Devices. Patent Application # 20020120779, August 29, 2002.

4.  Automatic In-Line Messaging System, US Patent #6718178, Issued April 6, 2004.

5.  Method and System for Wireless Instant Messaging, US Patent #7058036, Issued June 6, 2006.

6.  United States Court of Appeals for the Ninth Circuit. Satterfield v. Simon & Schuster, Inc. No. 07-16356, D.C. No. CV-06-02893-CW Opinion. Appeal from the United States District Court for the Northern District of California. Opinion by N.R. Smith, Circuit Judge. Filed June 19, 2009.

## Randall A. Snyder
## Curriculum Vitae

## Litigation Support Experience

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Bock & Hatch, LLC |
| Case Name: | Kozlow v. Shopkick, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Edelson PC |
| Case Name: | Suttles v. Mutual of Omaha Insurance Company |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Manchee & Manchee, PC |
| Case Name: | Gebray v. Ocwen Loan Servicing, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Invasion of Privacy Act (Penal Code §§ 630) class action related to unlawful recording of telephone conversations |
| Law Firm: | Keller Grover LLP and Law Offices of Scot D. Bernstein |
| Case Name: | Saunders v. Cabela's Incorporated |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, PC |
| Case Name: | Zeidel v. A&M (2015) LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |

## Randall A. Snyder
## Curriculum Vitae

Date:                        2015

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Bailey & Glasser LLP
Case Name:               Phillips v. Mozes, Inc. et al.
Services Provided:       Testifying expert for plaintiff, expert reports for plaintiff
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Intellectual property (patents) related to mobile location based technology and
                         short message service (SMS) technology
Law Firm:                Knobbe, Martens, Olson & Bear, LLP
Case Name:               TeleCommunication Systems, Inc. v. Airbus DS Communications, Inc.
Services Provided:       Testifying expert for defendant
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Intellectual property (patents) related to machine-to-machine (M2M) mobile
                         technology
Law Firm:                Paul Hastings LLP
Case Name:               M2M Solutions LLC v. Novatel Wireless Solutions, Inc.
Services Provided:       Testifying expert, USPTO affidavits for patent reexamination for defendant
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Mazie Slater Katz & Freeman LLC
Case Name:               Meyer v. Bebe Stores Inc.
Services Provided:       Testifying expert for plaintiff
Disposition:             Ongoing
Date:                    2015

*Expert Engagement:*
Type of Matter:          Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                         related to short message service (SMS) technology
Law Firm:                Strategic Legal Practices, APC
Case Name:               Haghayeghi v. Guess Inc.
Services Provided:       Testifying expert for plaintiff
Disposition:             Ongoing
Date:                    2015

> **Randall A. Snyder**
> **Curriculum Vitae**

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Bailey & Glasser LLP |
| Case Name: | Stein v. Monterey Financial Services, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Aronovitz Law |
| Case Name: | McKee v. Navient Solutions, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Butsch Roberts & Associates, LLC |
| Case Name: | Moore v. Family Dollar Stores, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm: | Bailey & Glasser LLP |
| Case Name: | Jones v. FMS Corp., U.S. Department of Education |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Settled |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Tycko & Zavareei LLP |
| Case Name: | Reardon v. Uber Technologies, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2015 |

*Expert Engagement:*

Randall A. Snyder
Curriculum Vitae

Type of Matter:         California Invasion of Privacy Act (Penal Code §§ 630) class action related to
                        unlawful recording of telephone conversations
Law Firm:               Keller Grover LLP and Law Offices of Scot D. Bernstein
Case Name:              Roberts v. Wyndham International, Inc.
Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Settled
Date:                   2015

*Expert Engagement:*
Type of Matter:         Intellectual property (patents) related to short message service (SMS) technology
Law Firm:               Paul Hastings LLP
Case Name:              Nova Transforma Technologies, LLC v. AT&T Mobility LLC
Services Provided:      Consulting expert, USPTO affidavits for patent reexamination for defendant
Disposition:            Settled
Date:                   2015

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to
                        unlawful cellular telephone calls
Law Firm:               Maney & Gordon, P.A.
Case Name:              Drew v. Ocwen Loan Servicing, LLC
Services Provided:      Testifying expert, expert reports, depositions, trial testimony for plaintiff
Disposition:            Plaintiff obtained statutory damages for willful TCPA violations
Date:                   2015

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to unlawful cellular telephone calls
Law Firm:               Parisi & Havens LLP
Case Name:              Kleja v. Transworld Systems, Inc.
Services Provided:      Consulting expert for plaintiff
Disposition:            Ongoing
Date:                   2015

*Expert Engagement:*
Type of Matter:         Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                        related to short message service (SMS) technology
Law Firm:               Craig K. Perry & Associates
Case Name:              Spencer v. AT&T Digital Life, Inc.
Services Provided:      Testifying expert, expert reports, depositions for plaintiff
Disposition:            Ongoing
Date:                   2014

*Expert Engagement:*
Type of Matter:         Material Breach of Contract
Law Firm:               Hogan Lovells USA LLP
Case Name:              IBM de México Comercialización y Servicios, S. de R.L. de C.V. adverse

<table>
<tr><td></td><td>Randall A. Snyder<br>Curriculum Vitae</td></tr>
</table>

|                     | Iusacell, S.A. de C.V.                                        |
| Services Provided:  | Testifying expert, expert reports for IBM México             |
| Disposition:        | Ongoing                                                      |
| Date:               | 2014                                                        |

*Expert Engagement:*

| Type of Matter:    | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm:          | Butsch Roberts & Associates, LLC                             |
| Case Name:         | In re: Life Time Fitness, Inc.                               |
| Services Provided: | Consulting expert for plaintiff                              |
| Disposition:       | Settled                                                      |
| Date:              | 2014                                                         |

*Expert Engagement:*

| Type of Matter:    | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm:          | Morgan & Morgan, P.A.                                        |
| Case Name:         | Cauchon v. Whetstone Partners, LLC, d/b/a eTitleLoan         |
| Services Provided: | Testifying expert, expert reports for plaintiff             |
| Disposition:       | Settled                                                      |
| Date:              | 2014                                                         |

*Expert Engagement:*

| Type of Matter:    | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm:          | McGuireWoods LLP                                             |
| Case Name:         | Comcast Cable Communications, LLC v. Sprint Communications Company L.P. |
| Services Provided: | Consulting expert for defendant                             |
| Disposition:       | Ongoing                                                      |
| Date:              | 2014                                                         |

*Expert Engagement:*

| Type of Matter:    | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm:          | Caddell & Chapman                                           |
| Case Name:         | Hooker v. Sirius XM Radio, Inc.                             |
| Services Provided: | Consulting expert for plaintiff                            |
| Disposition:       | Ongoing                                                      |
| Date:              | 2014                                                         |

*Expert Engagement:*

| Type of Matter:    | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 related to unlawful cellular telephone calls |
| Law Firm:          | Lemberg & Associates LLC                                    |
| Case Name:         | Hamlett et al v. Santander Consumer USA Inc. et al          |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition:       | Ongoing                                                      |

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

Date:                          2014

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Bock & Hatch, LLC
Case Name:             Kozlow v. Hangtime, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2014

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Parisi & Havens LLP
Case Name:             In re Collecto, Inc.
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2014

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Parisi & Havens LLP
Case Name:             Lofton v. Verizon Wireless LLC
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Ongoing
Date:                  2014

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to unlawful cellular telephone calls
Law Firm:              Edelson PC
Case Name:             Birchmeier et al v. Caribbean Cruise Line, Inc. et al
Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2014

*Expert Engagement:*

Type of Matter:        Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                       related to short message service (SMS) technology
Law Firm:              Keogh Law, Ltd.
Case Name:             Johnson v. Yahoo! Inc.
Services Provided:     Testifying expert, expert reports, depositions for plaintiff
Disposition:           Settled
Date:                  2014

<div style="border:1px solid black; text-align:center">

**Randall A. Snyder
Curriculum Vitae**

</div>

---

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Jacobs Kolton, Chtd. |
| Case Name: | Nunes v. Twitter, Inc. |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Manning Law, PLLC |
| Case Name: | Manning v. Lendio, Inc. |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Law Offices of Joseph R. Manning, Jr. |
| Case Name: | Vargem v. Tax Defense Partners, LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Steptoe & Johnson PLLC |
| Case Name: | Cain v. Monitronics, International, Inc. |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful cellular telephone calls |
| Law Firm: | Mantese Honigman Rossman and Williamson, P.C. |
| Case Name: | Glassbrook v. Rose Acceptance, Inc. and First National Bank of America |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

<div style="border:1px solid black; text-align:center;">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Kazerouni Law Group, APC |
| Case Name: | Iniguez v. The CBE Group, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Invasion of Privacy Act (Penal Code §§ 630) class action related to unlawful recording of telephone conversations |
| Law Firm: | Keller Grover LLP and Law Offices of Scot D. Bernstein |
| Case Name: | McCabe v. Six Continents Hotels, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Keogh, Cox & Wilson, Ltd. |
| Case Name: | Hetherington v. Omaha Steaks, Inc. and Omaha Steaks International, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Potter Handy, LLP |
| Case Name: | Potter v. Bank of America Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Shiyan v. Lucille Roberts Health Clubs, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Withdrawn |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |

> **Randall A. Snyder**
> **Curriculum Vitae**

| | |
|---|---|
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Meyer v. Receivables Performance Management LLC |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Murray v. Bill Me Later, Inc. |
| Services Provided: | Consulting expert |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Creel v. GC Services, L.P. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and communication protocols |
| Law Firm: | White & Case LLP |
| Case Name: | Nokia Corporation v. Google Inc. |
| Services Provided: | Testifying expert for defendant |
| Disposition: | Settled |
| Date: | 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Horton v. Cavalry Portfolio Services LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Law Office of Scott D. Owens, Esq. and Farmer, Jaffee, Weissing, Edwards, Fistos & Lehrman, P.L. |

<div style="text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Case Name: | Legg v. Voice Media Group, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Edelson LLC |
| Case Name: | Sterk v. Path, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Francis & Mailman, P.C. |
| Case Name: | Dominguez v. Yahoo! Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | McGuire Law, P.C. |
| Case Name: | Smith v. Microsoft Corporation |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Heyrich Kalish McGuigan, PLLC |
| Case Name: | Gragg v. Orange Cab Company, Inc. et al |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 – 2015 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Wooten, Kimbrough & Normand, PA |
| Case Name: | Murphy v. DCI Biologicals, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |

| Randall A. Snyder |
| Curriculum Vitae |

Disposition:          Settled
Date:                 2013 – 2014

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Kazerouni Law Group, APC
Case Name:            Sherman v. Yahoo! Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2013 – 2014

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Fair Debt
                      Collection Practices Act (FDCPA) 15 U.S.C. 15 § 1692 related to unlawful
                      cellular telephone calls
Law Firm:             Collins & Story, PA
Case Name:            Keen v. Delta Outsource Group, Inc.
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Ongoing
Date:                 2013 – 2014

*Expert Engagement:*
Type of Matter:       Intellectual property (patents) related to short message service (SMS) technology
                      and mobile banking
Law Firm:             Panovia Group LLP
Case Name:            N5 Technologies, LLC v. Capital One, N.A. et al
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2013 – 2014

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California's
                      Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to
                      short message service (SMS) technology
Law Firm:             Hartmann and Kananen
Case Name:            Baird v. Sabre, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Dismissed
Date:                 2013 – 2014

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology and unlawful charging of
                      cellular telephone customers
Law Firm:             Edelson LLC
Case Name:            Lee v. Stonebridge Life Insurance Company

<table>
<tr><td></td><td><strong>Randall A. Snyder<br>Curriculum Vitae</strong></td></tr>
</table>

| | |
|---|---|
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2012 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology and multimedia message service (MMS) technology |
| Law Firm: | Baker Botts LLP |
| Case Name: | Intellectual Ventures LLC v. AT&T Mobility LLC, T-Mobile USA, Inc., Sprint Spectrum L.P., US Cellular Corporation |
| Services Provided: | Testifying expert, expert reports for defendants |
| Disposition: | Ongoing |
| Date: | 2012 – 2014 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Wanca v. LA Fitness International, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Penn v. NRA Group, LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Reed v. GC Services LP |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | The Lavery Law Firm |
| Case Name: | Volpe v. Caribbean Cruise Line, Inc. |
| Services Provided: | Consulting expert for plaintiff |

<div style="text-align:center">

**Randall A. Snyder**
**Curriculum Vitae**

</div>

| | |
|---|---|
| Disposition: | Dismissed |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Washington Consumer Protection Act, RCW 19.86 and RCW 80.36.400 related to unfair business practices and unlawful cellular telephone calls |
| Law Firm: | Williamson and Williams Law |
| Case Name: | Kids Northwest v. First Data Corporation |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | George Rikos Law |
| Case Name: | Van Patten v. Vertical Fitness |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Ongoing |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and California Business and Professions Code § 17200 class action related to short message service (SMS) technology |
| Law Firm: | Milberg LLP |
| Case Name: | D'Agostino v. Jesta Digital, LLC (dba Jamster) |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 and Restrictions on Telemarketing, Telephone Solicitation, and Facsimile Advertising 47 C.F.R. § 64.1200(d)(3) class action related to unlawful cellular telephone calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Benzion v. Vivint, Inc. |
| Services Provided: | Testifying expert, expert reports, depositions for plaintiff |
| Disposition: | Settled |
| Date: | 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Lemberg & Associates LLC |
| Case Name: | Rutigliano v. Convergent Outsourcing, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |

## Randall A. Snyder
## Curriculum Vitae

Disposition:          Ongoing
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Kazerouni Law Group, APC
Case Name:            Emanuel v. The Los Angeles Lakers, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Dismissed
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Kazerouni Law Group, APC
Case Name:            Barani v. Wells Fargo Bank, N.A.
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2013

*Expert Engagement:*
Type of Matter:       Intellectual property (patents) related to wireless calling party identification
                      technology
Law Firm:             K&L Gates LLP
Case Name:            Cequint Inc. v. Apple Inc.
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Donald A. Yarbrough, Esq.
Case Name:            Mais v. Gulf Coast Collection Bureau, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Dismissed on appeal
Date:                 2013

*Expert Engagement:*
Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to unlawful cellular telephone calls
Law Firm:             Donald A. Yarbrough, Esq.
Case Name:            Manno v. Healthcare Revenue Recovery Group, LLC
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2013

> ### Randall A. Snyder
> ### Curriculum Vitae

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Wojcik v. Buffalo Bills, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Law Office of Scott D. Owens, Esq. |
| Case Name: | Keim v. ADF Midatlantic, LLC (Pizza Hut) |
| Services Provided: | Testifying expert for plaintiff |
| Disposition: | Ongoing |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful cellular telephone calls |
| Law Firm: | Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP |
| Case Name: | Connelly v. Hilton Grand Vacations Company, LLC |
| Services Provided: | Testifying expert, expert reports, depositions for defendant |
| Disposition: | Dismissed |
| Date: | 2012 – 2013 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Kirby Law Group |
| Case Name: | Agne v. Papa John's International, Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Settled |
| Date: | 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action and NY GBL 399-P class action related to unlawful calls |
| Law Firm: | Bellin and Associates LLC |
| Case Name: | Tipoo v. Enhanced Recovery Company, LLC |
| Services Provided: | Testifying expert, discovery motions for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2012 |

<div align="center">

**Randall A. Snyder
Curriculum Vitae**

</div>

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Bailey v. Household Finance Corporation et al |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology |
| Law Firm: | Burke Law Offices, LLC |
| Case Name: | Annoni v. FYISMS.com, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 – 2012 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | Schrock v. Wenner Media LLC |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | Summit Law Group |
| Case Name: | Kramer v. Autobytel, Inc. and B2Mobile, LLC |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Settled |
| Date: | 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to wireless location based services (LBS) |
| Law Firm: | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC |
| Case Name: | Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al |
| Services Provided: | Testifying expert, USPTO affidavits for patent reexamination for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

| Randall A. Snyder |
| **Randall A. Snyder**<br>**Curriculum Vitae** |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Griffith v. Consumer Portfolio Services, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Keogh Law, Ltd. |
| Case Name: | Dobbin v. Wells Fargo Auto Finance, Inc. |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Dismissed |
| Date: | 2010 – 2011 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (patents) related to short message service (SMS) technology |
| Law Firm: | Nelson Bumgardner Casto PC |
| Case Name: | Celltrace LLC v. AT&T Inc. et al |
| Services Provided: | Consulting expert for plaintiff |
| Disposition: | Undisclosed |
| Date: | 2010 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | California Constitution, Article VI, § 10, class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers |
| Law Firm: | KamberEdelson, LLC |
| Case Name: | VanDyke v. Media Breakaway, LLC |
| Services Provided: | Testifying expert, expert reports for plaintiff |
| Disposition: | Settled |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action related to unlawful calls |
| Law Firm: | Gordon & Rees LLP |
| Case Name: | Allen v. Rickenbacker Collection Services |
| Services Provided: | Consulting expert for defendant |
| Disposition: | Undisclosed |
| Date: | 2009 |

*Expert Engagement:*

| | |
|---|---|
| Type of Matter: | Intellectual property (trademarks) related to short message service (SMS) technology |

┌─────────────────────────────┐
│     **Randall A. Snyder**    │
│     **Curriculum Vitae**     │
└─────────────────────────────┘

Law Firm:             Fish & Richardson P.C.
Case Name:            Cricket Communications, Inc. v. HipCricket, Inc.
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Undisclosed
Date:                 2008 – 2009

*Expert Engagement:*

Type of Matter:       California Constitution, Article VI, § 10, class action related to short message
                      service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Albrecht v. mBlox, Inc. et al
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2008 – 2009

*Expert Engagement:*

Type of Matter:       Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 class action
                      related to short message service (SMS) technology
Law Firm:             Blim & Edelson, LLC
Case Name:            Satterfield v. Simon & Schuster, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2007 – 2009

*Expert Engagement:*

Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Walker v. Motricity, Inc.
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*

Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Rynearson v. Motricity, Inc.
Services Provided:    Testifying expert, expert reports, depositions for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*

Type of Matter:       California Constitution, Article VI, § 10, class action related to short message
                      service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Reed v. Sprint Nextel Corporation

```
┌─────────────────────────────┐
│      Randall A. Snyder      │
│      Curriculum Vitae       │
└─────────────────────────────┘
```

Services Provided:     Testifying expert, expert reports for plaintiff
Disposition:           Settled
Date:                  2008

*Expert Engagement:*
Type of Matter:        Class action related to short message service (SMS) technology and unlawful
                       charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             Paluzzi v. CellCo Limited Partnership (dba Verizon Wireless) and mBlox. Inc.
Services Provided:     Consulting expert for plaintiff
Disposition:           Settled
Date:                  2008

*Expert Engagement:*
Type of Matter:        Class action related to short message service (SMS) technology and unlawful
                       charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             Nava v. Predicto Mobile, LLC
Services Provided:     Consulting expert for plaintiff
Disposition:           Settled
Date:                  2008

*Expert Engagement:*
Type of Matter:        Class action related to short message service (SMS) technology and unlawful
                       charging of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             McFerren v. AT&T Mobility, LLC
Services Provided:     Consulting expert for plaintiff
Disposition:           Settled
Date:                  2008

*Expert Engagement:*
Type of Matter:        California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class
                       action related to short message service (SMS) technology and unlawful charging
                       of cellular telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             Guerrero v. MobileFunster, Inc.
Services Provided:     Consulting expert for plaintiff
Disposition:           Settled
Date:                  2008

*Expert Engagement:*
Type of Matter:        Computer Fraud and Abuse Act, 18 U.S.C. Article § 1030, class action related to
                       short message service (SMS) technology and unlawful charging of cellular
                       telephone customers
Law Firm:              KamberEdelson, LLC
Case Name:             Gray v. Mobile Messenger Americas, Inc.

```
┌─────────────────────────────┐
│     Randall A. Snyder        │
│     Curriculum Vitae         │
└─────────────────────────────┘
```

Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Goddard v. Google, Inc.
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Duffy v. Nevis Mobile, LLC
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class action related to short message service (SMS) technology and unlawful
                      charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Criswell v. MySpace, Inc.
Services Provided:    Testifying expert, expert reports for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332, 1453 and 28 U.S.C. §
                      1367(a) class action related to short message service (SMS) technology and
                      unlawful charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Bradberry v. mBlox, Inc.
Services Provided:    Consulting expert for plaintiff
Disposition:          Settled
Date:                 2008

*Expert Engagement:*
Type of Matter:       California Constitution, Article VI, § 10, class action related to short message
                      service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:             KamberEdelson, LLC
Case Name:            Ayers v. Media Breakaway, LLC
Services Provided:    Testifying expert, expert reports for plaintiff

Randall A. Snyder
Curriculum Vitae

Disposition:         Settled
Date:                2008

*Expert Engagement:*
Type of Matter:      Intellectual property (patents) related to wireless location based services (LBS)
Law Firm:            Hahn Loeser & Parks, LLC
Case Name:           Emsat Geolocation Technology, LLC v. CellCo Limited Partnership (dba Verizon Wireless) et al
Services Provided:   Consulting expert for plaintiff
Disposition:         Undisclosed
Date:                2008

*Expert Engagement:*
Type of Matter:      Class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:            Blim & Edelson, LLC
Case Name:           Valdez v. Sprint Nextel Corporation
Services Provided:   Consulting expert for plaintiff
Disposition:         Settled
Date:                2007

*Expert Engagement:*
Type of Matter:      Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 201 class action related to short message service (SMS) technology and unlawful charging of cellular telephone customers
Law Firm:            Blim & Edelson, LLC
Case Name:           Bradberry v. T-Mobile USA, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2007

*Expert Engagement:*
Type of Matter:      California Computer Crime Law, Cal. Pen. Code § 502 and California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 class action related to short message service (SMS) technology
Law Firm:            KamberEdelson, LLC
Case Name:           Abrams v. Facebook, Inc.
Services Provided:   Testifying expert, expert reports for plaintiff
Disposition:         Settled
Date:                2007

*Expert Engagement:*
Type of Matter:      Intellectual property (patents) related to short message service (SMS) technology
Law Firm:            Paul Hastings LLP
Case Name:           TeleCommunication Systems, Inc. v. Mobile365, Inc.
Services Provided:   Testifying expert, expert reports, depositions, trial testimony for defendant
Disposition:         Settled

## Randall A. Snyder
## Curriculum Vitae

Date:                   2007