# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**WESLEY PHILLIPS, individually
and on behalf of a class of similarly situated
individuals,**

    **Plaintiff,**

v.

**MOZES, INC.,
THE COCA-COLA COMPANY,
and EPRIZE, INC.,**

    **Defendants.**

**Civil Action No: 2:12-cv-04033-JEO**
**CLASS ACTION**

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Wesley Phillips and Defendant Mozes, Inc., Defendant The Coca-Cola Company, and Defendant ePrize, Inc., pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), hereby gives notice that the claims in the above-captioned action are voluntarily dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: June __15__, 2017

                                                      **Respectfully submitted,**

_____
David L. Selby, II (ASB-6994-Y62D)
BAILEY & GLASSER LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL  35244
Telephone:  (205) 988-9253

Facsimile: (205) 733-4896
Email: dselby@baileyglasser.com
John W. Barrett
Jonathan R. Marshall
Ryan M. Donovan
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Facsimile: (304) 414-3655
Email: jbarrett@baileyglasser.com
Email: jmarshall@baileyglasser.com
Email: rdonovan@baileyglasser.com

Ronald A. Marron
Alexis M. Wood
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, CA 92103
   Counsel for Plaintiff

Robert J. Campbell
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
rjcampbell@babc.com

Blaine C. Kimrey
Bryan K. Clark
Vedder Price PC
222 N. LaSalle
Chicago, IL 60601
bkimrey@vedderprice.com
bclark@vedderprice.com
   Counsel for Mozes, Inc.

_____
Harlan I. Prater, IV
Wesley B. Gilchrist
Brooke G. Malcom
Lightfoot Franklin & White, LLC
400 20th Street, North
Birmingham, AL 35203
hprater@lightfootlaw.com
wgilchrist@lightfootlaw.com
bmalcom@lightfootlaw.com

L. Joseph Loveland
Zachary A. McEntyre
Sidney Stewart Haskins, II
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
jloveland@kslaw.com
zmcentyre@kslaw.com
shaskins@kslaw.com
  *Counsel for The Coca-Cola Company*


_____
James S. Witcher, III
Hand Arendall, LLC
2001 Park Place North, Suite 1200
Birmingham, AL 35203
jwitcher@handarendall.com

Henry Pietrkowski
Timothy R. Carraher
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
HPietrkowski@ReedSmith.com
TCarraher@ReedSmith.com
  *Counsel for ePrize, Inc.*

Harlan I. Prater, IV
Wesley B. Gilchrist
Brooke G. Malcom
Lightfoot Franklin & White, LLC
400 20th Street, North
Birmingham, AL 35203
hprater@lightfootlaw.com
wgilchrist@lightfootlaw.com
bmalcom@lightfootlaw.com

L. Joseph Loveland
Zachary A. McEntyre
Sidney Stewart Haskins, II
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
jloveland@kslaw.com
zmcentyre@kslaw.com
shaskins@kslaw.com
    *Counsel for The Coca-Cola Company*

/s/ Henry Pietrkowski
James S. Witcher, III
Hand Arendall, LLC
2001 Park Place North, Suite 1200
Birmingham, AL 35203
jwitcher@handarendall.com

Henry Pietrkowski
Timothy R. Carraher
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
HPietrkowski@ReedSmith.com
TCarraher@ReedSmith.com
    *Counsel for ePrize, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June __15__, 2017, a true and correct copy of the "Joint Stipulation of Voluntary Dismissal with Prejudice" was filed with the Clerk of Court using the CM/ECF system which will send an electronic notification of such filing to the following counsel of record:

Robert J. Campbell
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
rjcampbell@babc.com
*Counsel for Mozes, Inc.*

Blaine C. Kimrey
Bryan K. Clark
Vedder Price PC
222 N. LaSalle
Chicago, IL 60601
bkimrey@vedderprice.com
bclark@vedderprice.com
*Counsel for Mozes, Inc.*

Harlan I. Prater, IV
Wesley B. Gilchrist
Brooke G. Malcom
Lightfoot Franklin & White, LLC
400 20th Street, North
Birmingham, AL 35203
hprater@lightfootlaw.com
wgilchrist@lightfootlaw.com
bmalcom@lightfootlaw.com
*Counsel for Coca Cola Company*

L. Joseph Loveland
Zachary A. McEntyre
Sidney Stewart Haskins, II
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
jloveland@kslaw.com
zmcentyre@kslaw.com
shaskins@kslaw.com
*Counsel for Coca Cola Company*

James S. Witcher, III
Hand Arendall, LLC
2001 Park Place North, Suite 1200
Birmingham, AL 35203
jwitcher@handarendall.com
*Counsel for ePrize, Inc.*

Henry Pietrkowski
Timothy R. Carraher
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
HPietrkowski@ReedSmith.com
TCarraher@ReedSmith.com
*Counsel for ePrize, Inc.*

*s/ David L. Selby, II*
David L. Selby, II (ASB-6994-Y62