# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WESLEY PHILLIPS, individually and on behalf of a class of similarly situated individuals, )<br><br>Plaintiff, )<br><br>v. )<br><br>MOZES, INC., THE COCA-COLA COMPANY, and EPRIZE, INC., )<br><br>Defendants. ) | Case No. 2:12-cv-04033-JEO |

## ORDER OF DISMISSAL

A joint stipulation of dismissal has been filed in this action, signed by counsel for all parties. (Doc. 103). Such a stipulation is effective without a court order. *See* FED. R. CIV. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this action is DISMISSED WITH PREJUDICE, with the parties to bear their own respective attorneys' fees and costs. The Clerk is DIRECTED to close the file.

**DONE** this 16th day of June, 2017.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge